```
1  RANDY S. GROSSMAN
   Acting United States Attorney
2  FRANCISCO A. NAGEL
   Assistant U.S. Attorney
3  Illinois State Bar No. 6321196
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 546-6745

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21MJ4287-MSB |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| SAMANTHA CONDES (1),<br>KRISTEN LAUREN KHYZOMA<br>aka Kristen Obyaw (2), | |
| Defendants. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following Government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

None.

FAN:jrdc:10/26/2021

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

    Name

    None.

Please feel free to call me if you have any questions about this notice.

DATED: October 26, 2021.

                                    Respectfully submitted,

                                    RANDY S. GROSSMAN
                                  Acting United States Attorney

                                  *s/ FRANCISCO A. NAGEL*
                                  FRANCISCO A. NAGEL
                                  Assistant U.S. Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA